MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER CREEK CAPITAL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01515-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Silver Creek Capital, LLC and defendant Bank of America, N.A. (**BANA**) stipulate as follows:

1. BANA removed this case on September 12, 2022.

2. BANA's response to the complaint is due September 19, 2022.

2. Golden Creek intends to file a motion to remand in the coming weeks.

3. BANA shall have until ten (10) days after the court makes a decision on jurisdiction to file its responsive pleading to the complaint.

…

{66397501;1}

Good cause exists to grant the requested extension. BANA is requesting additional time to not waste time and resources while it waits for this court's decision on jurisdiction. BANA prefers to file one responsive pleading—either in federal or state court, depending on the court's decision.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of September, 2022.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ *Scott Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ *Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Silver Creek Capital, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  September 15, 2022**

2

66397501;1