JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
Email: Yosuphonglaw@gmail.com
Attorney for Plaintiff
*SILVER CREEK CAPITAL, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER CREEK CAPITAL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01515-JCM-EJY<br><br>**FIRST STIPULATION AND ORDER TO EXTEND DEADLINES FOR SILVER CREEK CAPITAL, LLC TO FILE ITS RESPONSES TO MOTIONS TO DISMISS AMENDED COMPLAINT, DISSOLVE INJUNCTION, EXPUNGE LIS PENDENS, AND ASSIGN RENTS**<br>**[ECF Nos. 20, 21, 22, 23]** |

The current deadlines for Plaintiff, SILVER CREEK CAPITAL, LLC ("Silver Creek"), to file its responses to Defendant, BANK OF AMERICA, N.A.'s ("Bana"), motions to dismiss amended complaint, dissolve injunction, expunge lis pendens, and assign rents [ECF Nos. 20, 21, 22, 23] is February 23, 2023. Silver Creek's counsel is experiencing an emergency that began in the late evening of February 22, 2023 and, therefore, is unable to finalize Silver Creek's responses. Thus, Silver Creek respectfully requests a first extension. Counsel for Bana agreed to stipulate to extend the deadlines. The parties enter into this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

That the deadlines for Silver Creek to file its responses to Bana's motions to dismiss, dissolve injunction, expunge lis pendens, and assign rents [ECF Nos. 20, 21, 22, 23] shall be extended to March 9, 2023.

IT IS SO AGREED AND STIPULATED.

DATED this 23rd day of February, 2023.

| | |
|---|---|
| /s/ Scott R. Lachman | /s/ Joseph Y. Hong |
| SCOTT R. LACHMAN, ESQ. | JOSEPH Y. HONG, ESQ. |
| State Bar No. 012016 | State Bar No. 005995 |
| AKERMAN LLP | HONG & HONG LAW OFFICE |
| 1635 Village Center Circle, Suite 200 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89135 |
| Scott.Lachman@akerman.com | yosuphonglaw@gmail.com |
| *Attorney for BANK OF AMERICA, N.A.* | *Attorney for SILVER CREEK CAPITAL, LLC* |

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT JUDGE

Dated:_February 23, 2023_____